IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LANDMARK TECHNOLOGY A, LLC,**<br><br>                Plaintiff,<br><br>v.<br><br>**WOODLAND FOODS, LTD,**<br><br>                Defendant. | C.A. No. 1:19-cv-02577<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Landmark Technology A, LLC and Defendant Woodland Foods, Ltd., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby move for an order dismissing all claims in this action WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.

Dated:  April 16, 2019

/s/ Isaac Rabicoff
Rabicoff Law LLC
73 W Monroe Street
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com

Attorney for Plaintiff
Landmark Technology A, LLC